**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Alfred Frem Boustany  II
Attorney At Law
P. O. Box 4626
Lafayette LA 70502

**REHEARING ACTION: November 5, 2014**

**Docket Number: 14   00307-CA**

**SUN COAST CONTRACTING SERVICES, LLC**
**VERSUS**
**DIEN'S AUTO SALVAGE, INC.**

**Appealed from Iberia Parish Case No. 12256**

**BEFORE JUDGES:**

> **Hon. John D. Saunders**
> **Hon. Billy Howard Ezell**
> **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Dien's Auto Salvage, Inc.** has this day been

> **DENIED.**

cc: Gary John Giepert, Counsel for the Appellee
    Thomas Patrick LeBlanc, Counsel for the Appellee